IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **LORRAINE D. HUNTER,** | ) |
| | ) |
|   Plaintiff, | )  Civil Action No. 7:10cv00311 |
| **v.** | ) |
| | ) |
| **MICHAEL J. ASTRUE,** | )  By: Michael F. Urbanski |
| **Commissioner of Social Security,** | )     United States District Judge |
| | ) |
|   Defendant. | ) |

## ORDER

  Plaintiff's petition for attorney's fees was referred to the Honorable Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition.  The Magistrate Judge filed a report and recommendation on March 7, 2012 recommending that the fee request be granted and that the court award plaintiff's counsel $6,000.00 for his representation of the plaintiff.  No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety.  It is accordingly **ORDERED** and **ADJUDGED** that the plaintiff's motion for attorney's fees (Dkt. # 23) is **GRANTED**, that plaintiff's counsel is awarded $6,000.00 in fees consistent with his fee agreement, and that this matter is **STRICKEN** from the active docket of the court.

  The Clerk is directed to send a certified copy of this Order to all counsel of record.

          Entered:  March 28, 2012

          */s/ Michael F. Urbanski*

          Michael F. Urbanski
          United States District Judge